AO 91 (Rev. 11/11) Criminal Complaint

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC - 6 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| STEVE M. COCHRAN | ) | 4:21-mj- 118 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June - Sept. 2021__ in the county of __Newport News__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | interstate communications with threats to injure |
| 18 U.S.C. § 115(a)(1)(B) | inlfuencing, impeding, and retaliating against a federal official by threat |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
D. Mack Coleman

_Complainant's signature_
Christopher Hartmann, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __12/06/2021__

_Judge's signature_

City and state: __Norfolk, Virginia__
Douglas E. Miller, U.S. Magistrate Judge
_Printed name and title_