Case 4:21-mj-00118 Document 4 Filed 12/06/21 Page 1 of 9 PageID# 6

FILED
DEC - 6 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SEALED

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher Hartmann, Special Agent, Federal Bureau of Investigation (FBI), Newport News, Virginia, being duly sworn, state the following:

1. I am a Special Agent with the FBI, where I have worked since July 2017. Prior to joining the FBI, I was a Police Officer and Criminal Investigator in the State of Iowa for nine years. I graduated from Upper Iowa University in 2016 with a Bachelor of Science Degree in Criminology and Psychology. I am currently assigned to the Norfolk Field Office, Peninsula Resident Agency. I am responsible for investigating crimes which include but are not limited to conveying threats, threats to injure persons and threats to persons via interstate communications. Over the course of my law enforcement career I have led, participated in, or managed numerous cases involving the violations of several federal and state statutes to include criminal gang, weapons, sexual assault, narcotics, threats and harassment, and terrorism statues. I have personally been the affiant of and have participated in the execution of a numerous federal and state search warrants resulting in the seizure of items evidencing violations of federal and state laws.

2. The facts and information contained in this affidavit are based upon my training, knowledge, experience, discussions and observations with other law enforcement officers. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

3. This affidavit is submitted in support of a criminal complaint charging **STEVE MICHAEL COCHRAN** (hereafter referred to as **COCHRAN**) with the following offenses in violation of federal law: interstate communications with threats to injure, in violation of 18 U.S.C. § 875(c); and influencing, impeding, or retaliating against a federal official by threat, in violation of 18 U.S.C. § 115(a)(1)(B). As set forth in greater detail below, based on my investigation there is a probable cause to believe that **COCHRAN** threatened SENATOR 1 and SENATOR 2 to influence, impede, and/or retaliate against them in connection with the performance of their official duties and further transmitted threatening communications in interstate commerce to GOVERNOR 1.

### PROBABLE CAUSE IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

A. Background on the Defendant

4. At all times relevant, **COCHRAN** resided in or around Newport News, Virginia.

5. In e-mail correspondence between June 22, 2021 and August 14, 2021, **COCHRAN** has listed address as \*\*\* Old Oyster Point Road, Newport News, VA 23602. I have personally reviewed e-mails where he identifies this location as his mailing address.

6. On his driver's license from the Commonwealth of Virginia, **COCHRAN** lists his address as \*\*\* Eastwood Dr, Newport News, VA 23602.

7. On or about August 19, 2021, **COCHRAN** communicated with a law enforcement officers from the State of Florida using the assigned cellular telephone number of 757-\*\*\*-6779.

B. The Defendant's Gmail Account and IP Address

8. **COCHRAN** is the registered subscriber for the Gmail account

2

painterboy7906@gmail.com. I have personally reviewed records from Google LLC showing **COCHRAN** (date of birth June **, 1979) as the registered subscriber for this email address.

9. **COCHRAN** created the email address painterboy7906@gmail.com from IP address 72.384.88.232 in or around Newport News, Virginia.

10. A Google Hangouts account associated with painterboy7906@gmail.com shows **COCHRAN** as the registered user.

11. I have personally reviewed records from Verizon Fios identifying the current subscriber for the IP address of 72.84.88.232 as **COCHRAN** at the address *** Old Oyster Point Road, Newport News, VA 23602. **COCHRAN** listed his phone number as (757)-***-6748 and email address as scochran***@gmail.com.

12. According to Verizon, the IP address 72.84.88.232 has been assigned to **COCHRAN** from on or about September 20, 2019, to at least on or about July 19, 2021.

C. Threats to Influence, Impede, and Retaliate against Federal Officials

13. On or about June 28, 2021, the USCP received a report from the office of U.S. SENATOR 1 of a series emails sent directly to U.S. SENATOR 1 from email address painterboy7906@gmail.com that were received between the dates of on or about June 12, 2021, through June 26, 2021, and stated the following:

> You and your family aren't going to live much longer butcher your head off and do like Ted Bundy and put your head on a stick and stick it on a hillside
>
> Your a FUCKING CLOWN !!! You say the dumbest of dumbest shit you puny little pussy !!!! You need your head smashed in your a low life no good piece of shit go shoot yourself fagget
>
> Eat shit you PUSSY .. cant wait till you get LEAD 2 THE HEAD
>
> LEAD 2 THE HEAD .. BOOM BOOM ... YOUR DEAD !!

3

> WEAK PUSSY YOU NEED TO BE HANGING FROM A TREE LIKE A CHRISTMAS ORNAMENT
>
> Your head would look great in a sling hanging like a Christmas ornament

14. Staff for U.S. SENATOR 1 also reported that they had two contacts saved in their office database connected to email address painterboy7906@gmail.com:

> Keith Wilson, *** Exeter Road, Newport News, Virginia 23602-7352
> painterboy7906@gmail.com Home: 757-***-7853
>
> Steve Cochran, *** Exeter Road, Newport News, Virginia 23602-7350
> painterboy7906@gmail.com, Home: 757-***-7853

15. On or about July 7, 2021, the USCP received a report from the office of U.S. SENATOR 2 of a message sent via U.S. SENATOR 2's Congressional website which stated the following:

> You better watch yourself every single day !!! We have sworn to take you out before summer is over your life will be over you disgusting fagget you need to be shot in your mouth with a double barreled shotgun and completely blow your fucking brains out take some of your brain matter and send it to all your family members and your lying piece of shit Retrumplicans so they see what there future looks like. This is no threat it's a GUARANTEE that we are going to do everything we possibly can to end your miserable lying stupid looking ass and i put my hand on the bible we will devote all are time to put you in the dirt that's the best place for you to be you PUSSY, WEAK BITCH YOUR A DEADMAN MORHERFUCKER !!! AMERICANS HATE YOU WITH A PASSION AND FOR OFFICER SICKNICK'S MOTHER AND WIFE FOR THE THINGS YOU HAVE BEEN SAYING EVEN AFTER MEETING WITH OFFICER FANONE AND HE TOLD YOU YOU WERE A PIECE OF SHIT YOUR ASS WILL DIE SOON BITCH

16. On or about July 7, 2021, the USCP received an additional report from the office of U.S. SENATOR 2 of a series of messages submitted via U.S. SENATOR 2's Congressional website which stated the following:

4

> Eat a dick all you worthless fucks
>
> [U.S. SENATOR 2] is a circus clown with a pussy !!! I'm a REAL REPUBLICAN WITH REAL CONSERVATIVE BELIEVES YOU COWARDS ARENT REPUBLICANS YOUR COWARDS COWARING TO A FUCKING LOSER MORON. GROW A SET OF BALLS AND BE A MAN
>
> At [U.S. SENATOR 2] your a deadman as soon as your seen in public your gonna feel hot led in you to end you and your disgusting fucking face you disgraceful piece of shit scumbag cum sucker
>
> FUCK [U.S. SENATOR 2] AND HIS NO BACKBONE HAVING ASS WFLAT A PUSSY YOU ARE COWARD !!! WERE GONNA BURN YOU BITCHES DOWN CAUSE YOUR A DISGRACE TO AMERICA AND NEED TO BE SIX FEET DEEP YOU SORRY PIECE OF SHIT SORRY MOTHERFUCKER
>
> [U.S. SENATOR 2] prepare to die coward your gonna eat hot led for dinner bitch scumbag pussy !!! Your a joke of a man and don't deserve to breathe you fucking smuck

The following contact information was submitted by the user along with the messages: Keith Wilson, *** Eastwood Drive, Newport News, Virginia 23602 painterboy7906@gmail.com Home: (757) ***-7853. The vendor for U.S. SENATOR 2's Congressional website identified the incoming IP address for all messages to U.S. SENATOR 2 as 72.84.88.232.

17. I have personally reviewed Google records that show account logins from IP address 72.84.88.232 at times that coincide with several dates that threatening communications were sent from this email address to above-described government officials.

18. I have personally reviewed the above-described threats made by e-mail in records produced by Google LLC in response to a federal search warrant.

D.  Additional True Threats in Interstate Commerce

19.  Your affiant also reviewed approximately 60 email communications where threats were sent from the user of painterboy7906@gmail.com to members of the U.S. House of Representatives, Senate, and a former president of the United States – as well various other political figures.

20.  On or about June 24, 2021, **COCHRAN** used painterboy7906@gmail.com to send threats of violence to GOVERNOR 1 via email:

> [GOVERNOR 1] will not live past August !!!! No threat it's a GUARANTEE and PROMISE !! His wife and kids are in imminent danger

21.  On or about August 7, 2021, **COCHRAN** again threatened GOVERNOR 1 via three separate emails:

> Your a STUPID MOTHERFUCKER HOPE YOU DIE YOU DUMB FUCK HOPE SOMEBODY SHOOTS YOU IN THE FACE YOU DISGUSTING PIECE OF SHIT
>
> [GOVERNOR 1] IS A DEAD MAN WALKING FAGGET BITCH
>
> Your family is in imminent danger your gonna watch your mother and wofe get raped and slaughtered then blow your fucking brains out you WORTHLESS disgusting SCUMBAG

22.  On or about August 19, 2021, law enforcement officers from the State of Florida contacted **COCHRAN** after investigating numerous email threats sent to GOVERNOR 1. The user of painterboy7906@gmail.com replied to emails from Florida law enforcement, stating that he would speak with investigators. Florida investigators provided painterboy7906@gmail.com with a phone number to contact. A male who identified himself as **COCHRAN** contacted Florida investigators via phone number (757) ***-6779. **COCHRAN** confirmed that he was the owner and user of

6

painterboy7906@gmail.com. **COCHRAN** initially stated that he left his computer open and a friend sent several threatening emails. **COCHRAN** provided an address of *** Old Oyster Point Road, Newport News, Virginia. **COCHRAN** later called investigators a second time and stated that he felt guilty and admitted lying to investigators. **COCHRAN** further confessed that he sent the threatening emails to GOVERNOR 1. **COCHRAN** detailed that he is prohibited from possessing firearms, is a convicted felon, and has no access to weapons. **COCHRAN** expressed remorse about his threatening comments and asked investigators to apologize to GOVERNOR 1 on his behalf.

23. I have personally reviewed the above-described threats to GOVERNOR 1 in records produced by Google LLC in response to a federal search warrant. Although **COCHRAN** ostensibly stopped threatening GOVERNOR 1 after being contacted by law enforcement from Florida, he has continued to threaten other politicians.

E. **COCHRAN's Pertinent Search History from Google**

24. A review of Google search history conducted by the user of painterboy7906@gmail.com revealed 20 searches for SENATOR 1, 70 searches for SENATOR 2, and 12 searches for GOVERNOR 1, and numerous other searches for several different political members to include Senators, congressional staff, state politicians, and other political figures. These searches were most commonly for the contact or email information of the foregoing individuals.

25. Other Google searches by the user of painterboy7906@gmail.com include drug-related searches about marijuana, hemp, CBD, purchasing and growing marijuana, "crack pipe tricks," passing drug tests with cocaine in your system, cracking smoking and "crack for $100."

7

26. The user of painterboy7906@gmail.com also searched for several matters specific to Newport News, Virginia, to include the local weather, doctors located in Newport News, Olive Garden in Newport News, Verizon in Newport News, animal services in Newport News, used cars sold in Newport News, the Newport News police scanner, and also President Biden's visit to Yorktown, Virginia.

27. The user of painterboy7906@gmail.com also searched via Google search engine for "Virginia unemployment," "black market guns," and guns on the dark web to specifically include AK-47, Glock, and Glock 43.

28. All associated logins with painterboy7906@gmail.com between January 1, 2021, to September 1, 2021, are GPS located to the area in or around Newport News, Virginia, with a majority of the logins locating at or near *** Old Oyster Point Road, Newport News, Virginia.

F.  Additional Information Linking **COCHRAN** to painterboy7906@gmail.com

29. In emails with the Democratic Party of Virginia, the National Endowment for Democracy, and other news and political organizations, the user of painterboy7906@gmail.com himself as Steve **COCHRAN**.

8

## CONCLUSION

30. Based upon the facts set forth in this affidavit, there is probable cause to believe that **STEVE MICHAEL COCHRAN**, the defendant herein, knowingly sent true threats in interstate commerce to injure GOVERNOR 1, in violation of 18 U.S.C. § 875(c); and threatened violence against SENATOR 1 and SENATOR 2 with intent to impede, intimidate, interfere, and/or retaliate against those officials in the performance of their official duties, in violation of 18 U.S.C. § 115(a)(1)(B).

Christopher Hartmann
Special Agent
Federal Bureau of Investigation

Read and Approved:

D. Mack Coleman
Assistant United States Attorney

Sworn and subscribed to me
On this 6th day of December, 2021

Douglas E. Miller
United States Magistrate Judge
Norfolk, Virginia

9